[No. 18378-7-II.    Division Two.    October 4, 1996.]

THOMAS ORD, *as Trustee, Respondent*, v. CHARLES W. BASH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-08710-7, Frederick W. Fleming, J., entered June 3, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.

[No. 18434-6-II.    Division Two.    October 4, 1996.]

DUANE OTTGEN, ET AL., *Appellants*, v. CLOVER PARK TECHNICAL COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-04623-1, Thomas A. Swayze, J., entered July 28, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Armstrong and Bridgewater, JJ. Now published at 84 Wn. App. 214.

[No. 18451-6-II.    Division Two.    October 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. SEIFERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00033-5, H. John Hall, J., entered June 30, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.

[No. 18599-7-II.    Division Two.    October 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WROE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-8-00167-0, Gordon Godfrey, J., entered August 29, 1994. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.